NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANOFI-AVENTIS U.S. LLC, SANOFI MATURE IP,**

*Plaintiffs-Appellees*

**v.**

**SANDOZ INC.,**

*Defendant-Appellant*

---

2023-2264

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00804-RGA, 1:20-cv-00646-RGA, 1:20-cv-00761-RGA, 1:20-cv-00803-RGA, Judge Richard G. Andrews.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2       SANOFI-AVENTIS U.S. LLC v. SANDOZ INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 6, 2023
   Date       /s/ Jarrett B. Perlow
               Jarrett B. Perlow
               Clerk of Court

**ISSUED AS A MANDATE:** October 6, 2023